UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH SEELYE,

Plaintiff,

v.

NANCY A. BERRYHILL,

Defendant.

Case No. 17-cv-12827

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
PATRICIA T. MORRIS

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDTION [#16] GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#15] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#14]

This matter is before the Court on cross motions for summary judgment regarding the Commissioner's decision to deny benefits to Plaintiff. This Court referred the matter to Magistrate Judge Patricia T. Morris, who issued a Report and Recommendation on May 1, 2018, recommending that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. Dkt. No. 16, pg. 24 (Pg. ID 1062). Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the

Court hereby ACCEPTS and ADOPTS Magistrate Judge Morris's May 1, 2018 Report and Recommendation [#16] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is DENIED. Defendant's Motion for Summary Judgment is GRANTED.

SO ORDERED.

Dated: May 23, 2018

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge